IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN D. TIESING,

      Plaintiff,                      No. CIV S-07-0115 GEB EFB PS

      vs.

357 CUSTOMS INC.,

      Defendant.                <u>ORDER</u>

_____/

      This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

      On January 18, 2007, a scheduling order issued directing plaintiff to complete service of process within one hundred twenty (120) days, and cautioning plaintiff that this action may be dismissed if service of process was not timely accomplished. That same order set a status conference for May 23, 2007, and ordered the parties to file status reports fourteen (14) prior to that conference.

      As of the date of this order, no status reports have been filed, nor has plaintiff filed a proof of service showing that the defendant has been served.

/////

/////

1

1  According, the status conference scheduled for May 23, 2007, is hereby vacated and
2  plaintiff is ordered to show cause, within twenty (20) days, why this case should not be
3  dismissed for failure to serve.  Fed. R. Civ. P. 4(m).
4  DATED: May 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE