IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN D. TIESING,

    Plaintiff,                       No. CIV S-07-0115 GEB EFB PS

    vs.

357 CUSTOMS INC.,

    Defendant.                  ORDER

_____/

        This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

        On May 21, 2007, the court ordered plaintiff to show cause why this action should not be dismissed for failure to prosecute. At that time, no status reports had been filed, nor had plaintiff filed a proof of service showing defendant had been served.

        Plaintiff timely responded to the order to show cause, and filed therewith a document showing proof of service on defendant.[1] Accordingly, the order to show cause is discharged.

////

////

---

[1] The court makes no ruling at this time as to whether service was effective pursuant to Fed. R. Civ. P. 4 and applicable state laws.

1

1 However, the court cautions plaintiff that the burden to prosecute this action is on her, and that
2 failure to pursue her claims, either pursuant to Fed. R. Civ. P. 55 or otherwise, may result in a
3 recommendation of dismissal pursuant to Fed. R. Civ. P. 41(b).
4     SO ORDERED.
5 DATED: June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2