1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SUSAN D. TIESING,

11          Plaintiff,                   No. CIV S-07-0115 GEB EFB PS

12      vs.

13  357 CUSTOMS INC., et al.,

14          Defendants.             ORDER

15  _____/

16      This case, in which plaintiff is proceeding *in propria persona*, was referred to the

17  undersigned pursuant to E. D. Cal. L. R. 72-302(c)(21) and 28 U.S.C. § 636(b)(1).  On August

18  14, 2008, the district judge denied plaintiff's motion for default judgment on her initial

19  complaint.  While that matter was pending, plaintiff filed an amended complaint on May 20,

20  2008, for which she has served process upon two of the four named defendants (357 Customs,

21  Inc., and Daniel Bauguess).  However, no defendant has answered or otherwise responded to the

22  amended complaint.

23       Accordingly, IT IS HEREBY ORDERED that plaintiff shall, within twenty (20) days of

24  the filing date of this order, demonstrate service of process of the amended complaint upon the

25  remaining defendants.

26

Failure to so respond to the court's order may result in a recommendation this action be dismissed.

SO ORDERED.

DATED: November 3, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE