IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN D. TIESING,

      Plaintiff,                             No. CIV S-07-0115 GEB EFB PS

     vs.

357 CUSTOMS INC., et al.,

      Defendants.                     ORDER TO SHOW CAUSE

_____/

       This fee-paid case, in which plaintiff is proceeding in *propria persona*, proceeds in this court pursuant to E. D. Cal. L. R. ("Local Rule") 72-302(c)(21) and 28 U.S.C. § 636(b)(1). On November 3, 2008, this court directed plaintiff to, within twenty days: "(1) demonstrate service of process of the amended complaint upon the remaining defendants; or (2) request entry of default against the defendants upon whom she has served the amended complaint and, within twenty (20) days after entry of default, file a motion for default judgment." Plaintiff was warned, as she been throughout this case, that, "[f]ailure to so respond to the court's order may result in a recommendation this action be dismissed." November 3, 2008, Order.

       The deadline has passed and plaintiff has not responded to the court's order or conducted any other activity in this case.

////

Failure of a party to comply with an order of the Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 11-110. *Pro se* litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Local Rule 83-183, governing persons appearing *in propria persona*, provides that failure to comply with the Federal Rules and Local Rules may be ground for dismissal, judgment by default, or other appropriate sanction. "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995); see also Fed. R. Civ. P. 41(b) (authorizing dismissal "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order . . . ").

Accordingly, it is hereby ORDERED that:

1. Plaintiff show cause in writing, within twenty (20) days, why sanctions, including dismissal, should not be imposed due to plaintiff's failure to adhere to the court's November 3, 2008, order; and

2. Should plaintiff seek to continue this action, she shall file within twenty (20) days certificates demonstrating timely service of process of the amended complaint upon the remaining defendants, and request entry of default against all nonresponding defendants.

Failure of plaintiff to respond to the court's order shall be construed as abandonment of this case warranting dismissal.

SO ORDERED.

DATED: December 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE