IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN D. TIESING,

    Plaintiffs,                                                  2:07-cv-0115-GEB-EFB-PS

    vs.

357 CUSTOMS, INC., et al.,

    Defendants.                                           <u>ORDER</u>

_____/

        Plaintiff's motion for entry of default judgment against the remaining defendants came on regularly for hearing before the assigned magistrate judge on April 1, 2009.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

        On July 10, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.   No objections were filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations filed July 10, 2009, are adopted in full;

2. Plaintiffs' motion for default judgment is granted as to defendant Daniel Bauguess, and denied as to defendant Dolores Bauguess;

3. This action is dismissed as to defendant Dolores Bauguess;

4. Plaintiff is awarded damages in the amount of $40,000 principal, with pre- and post-judgment interest at the rate of 10% per annum;

5. Plaintiff is awarded costs in the amount of $3750; and

6. The Clerk is directed to close the case.

Dated:  August 24, 2009

GARLAND E. BURRELL, JR.
United States District Judge

2